(September 29, 1960)

■ HOWARD A. LA ROSE et al., Respondents, v. KALMAN BACKER et al., Appellants, and ANTHONY SERVIDONE et al., Respondents.— Decision of this court, handed down July 27, 1960 (*ante*, p. 314), is hereby amended to provide that the judgment is modified, on the law and the facts, by reducing the balance due under the contract to the sum of $61,600, and, as so modified, affirmed, without costs. Order signed. Bergan, P. J., Coon, Gibson and Reynolds, JJ., concur; Herlihy, J., taking no part.

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of OLD REPUBLIC LIFE INSURANCE COMPANY, Appellant, v. THOMAS THACHER, as Superintendent of Insurance of the State of New York, Respondent.— Motion for stay denied, without costs.

■ GENERAL MOTORS CORPORATION et al., Appellants, v. INDUSTRIAL COMMISSIONER et al., Respondents.— Motion to dismiss the appeal from an order of the Supreme Court, Albany County, entered on the 2d day of June, 1960. Motion denied, without costs.

■ In the Matter of the Claims of WILLIAM S. GEORGE et al., Respondents-Appellants. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent; GENERAL MOTORS CORPORATION, Appellant-Respondent.— Motion for a stay denied, without costs. No such showing of substantial merit has been made as to warrant the court in this case in interfering with the mandate of the statute for payment of unemployment insurance benefits. (Labor Law, § 598.)

■ In the Matter of the Claim of MORRIS SIMON, Respondent, v. TUDOR TYPOGRAPHERS et al., Appellants, and SPECIAL DISABILITY FUND, Respondent.— Motion to dismiss purported appeal denied, without costs, and without prejudice to a renewal thereof at the time of argument.